IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANIEL BARTHOLOMEW CLARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>P. HARRIS, Captain, )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:17cv515-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of plaintiff's motion for leave to dismiss this action against defendant Nurse Carroll (doc. no. 10), which is construed as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that plaintiff's claims against defendant Nurse Carroll are dismissed without prejudice, with no costs taxed, and defendant Carroll is terminated as a party to this action. All claims against all other defendants remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is referred back to the United States Magistrate Judge.

DONE, this the 31st day of August, 2017.

                                            /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**